| | |
|---|---|
| 1 | PILLSBURY WINTHROP LLP |
|   | WILLIAM F. ABRAMS 88805 |
| 2 | william.abrams@pillsburylaw.com |
|   | JOSEPH R. TIFFANY II 67821 |
| 3 | joseph.tiffany@pillsburylaw.com |
|   | DIANNE L. SWEENEY  187198 |
| 4 | dianne.sweeney@pillsburylaw.com |
|   | 2475 Hanover Street |
| 5 | Palo Alto, CA  94304-1114 |
|   | Telephone: (650) 233-4500 |
| 6 | Facsimile: (650) 233-4545 |
| 7 | Attorneys for Plaintiff and Counterdefendant |
|   | POSTX CORPORATION and Counterdefendants |
| 8 | MAYFIELD ASSOCIATES FUND VI, |
|   | MAYFIELD ASSOCIATES FUND IV, L.P., |
| 9 | MAYFIELD IX, L.P., MAYFIELD XI, |
|   | MAYFIELD XI QUALIFIED and |
| 10 | MAYFIELD PRINCIPALS FUND II |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POSTX CORPORATION, | Case Nos.  C02-04483 SI |
| Plaintiff, | C03-0521 SI |
| vs. | [PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL [Civil L.R. 7-11; Civil L.R. 79-5] |
| SECURE DATA IN MOTION, INC., d/b/a SIGABA; CLEARSWIFT CORPORATION, and JAMES REID, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

Due to the fact that the unredacted version of the Memorandum In PostX Corporation's Opposition to Sigaba's Motion for Summary Adjudication of Common Law Unfair Competition Claim, and Exhibits B, C, G, and H to the Declaration of Theodore K.

| | |
|---|---|
| 60411878v1 | - 1 - | [PROPOSED] ORDER GRANTING MAR RE FILING DOCUMENTS UNDER SEAL CASE NOS. C02-04483 SI AND C03-0521 SI |

1  Bell in support thereof contain or disclose information that was designated as "Highly
2  Confidential – Attorneys' Eyes Only" by Sigaba under the terms of the parties' Stipulated
3  Protective Order, entered by this Court on December 30, 2003, and Exhibit I contains
4  deposition testimony designated "Highly Confidential – Attorneys' Eyes Only" by PostX
5  Corporation.

6      IT IS HEREBY ORDERED THAT the Motion for Administrative Relief to File
7  Documents Under Seal is GRANTED and PostX may file the above-identified documents
8  under seal.

9  Dated: June __, 2005.

*IT IS SO ORDERED*
*Judge Susan Illston*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA