| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | WILLIAM F. ABRAMS 88805 |
| 2 |     william.abrams@pillsburylaw.com |
|   | JOSEPH R. TIFFANY II 67821 |
| 3 |     joseph.tiffany@pillsburylaw.com |
|   | NICOLE M. TOWNSEND 189655 |
| 4 |     nicole.townsend@pillsburylaw.com |
|   | DIANNE L. SWEENEY  18798 |
| 5 |     dianne.sweeney@pillsburylaw.com |
|   | 2475 Hanover Street |
| 6 | Palo Alto, CA  94304-1114 |
|   | Telephone: (650) 233-4500 |
| 7 | Facsimile: (650) 233-4545 |
| 8 | Attorneys for Plaintiff and Counterdefendant |
|   | POSTX CORPORATION and Counterdefendants |
| 9 | MAYFIELD ASSOCIATES FUND VI, |
|   | MAYFIELD ASSOCIATES FUND IV, L.P., |
| 10 | MAYFIELD IX, L.P., MAYFIELD XI, |
|    | MAYFIELD XI QUALIFIED and |
| 11 | MAYFIELD PRINCIPALS FUND II |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POSTX CORPORATION, | Case Nos. C02-04483 SI |
|  | C03-0521 SI |
| Plaintiff, |  |
|  | [PROPOSED] ORDER GRANTING |
| vs. | POSTX'S MOTION FOR |
|  | ADMINISTRATIVE RELIEF TO FILE |
| SECURE DATA IN MOTION, INC., d/b/a | DOCUMENTS UNDER SEAL |
| SIGABA; CLEARSWIFT CORPORATION, | [Civil L.R. 7-11; Civil L.R. 79-5] |
| and JAMES REID, |  |
| Defendants. |  |
| AND RELATED COUNTERCLAIMS. |  |

1  Due to the fact that the unredacted version of PostX's Reply in Support of Motion
2  for Summary Adjudication of Sigaba's Sherman Act Counterclaims (Counts I, II, & III)
3  and Exhibit C to the Declaration of Dianne L. Sweeney in Support of PostX's Reply in
4  Support of Motion for Summary Adjudication of Sigaba's Sherman Act Counterclaims
5  (Counts I, II, & III) contain or disclose information that was designated as "Highly
6  Confidential – Attorneys' Eyes Only" by Sigaba or by a third party under the terms of the
7  parties' Stipulated Protective Order, entered by this Court on December 30, 2003,
8      IT IS HEREBY ORDERED THAT PostX's Motion for Administrative Relief to
9  File Documents Under Seal is GRANTED and PostX may file the above-identified
10 documents under seal.
11
12 Dated: July ___, 2005.

_____
Susan Illston
United States District Judge

APPROVED
Judge Susan Illston
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)