UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION,<br><br>           Plaintiff,<br><br>    vs.<br><br>SECURE DATA IN MOTION, INC. d/b/a SIGABA, CLEARSWIFT CORPORATION, and JAMES REID.<br><br>           Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case Nos. C02-04483 SI and C03-0521 SI<br><br>**[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**<br><br>Date:     July 15, 20055<br>Time:    9:00 a.m.<br>Dept:    Courtroom 10, 19th Floor<br>Judge:   Hon. Susan Illston |

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE UNDER SEAL / CASE NO. C 02-4483 SI

17667\810417.1

Having considered the papers submitted on the Application to File Certain Documents Under Seal, and good cause appearing therefor,

IT IS HEREBY ORDERED, that:

Sigaba's Application to File Certain Documents Under Seal is GRANTED, and Sigaba may file the following documents under seal:

1. UNREDACTED Reply Brief In Support of Motion For Summary Adjudication On PostX's Common Law and Unfair Competition Claim. Sigaba seeks to file this document under seal because it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action. **(FILED UNDER SEAL).**

2. Exhibits A and B to the Declaration of Jahan Moreh In Support of Sigaba's Motion For Summary Adjudication On PostX's Common Law and Unfair Competition Claim Sigaba seeks to file this document under seal because it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action. **(FILED UNDER SEAL).**

3. Exhibit E to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which is a true and correct copy of excerpts of the deposition transcript of Thampy Thomas. **(FILED UNDER SEAL).**

4. Exhibit G to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which is a true and correct copy of Deposition Exhibit No. 391. **(FILED UNDER SEAL).**

5. Exhibit H to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which is a true and correct copy of an email from Luke Kahlilian attaching a Sigaba press release, dated August 30, 2001. **(FILED UNDER SEAL).**

6. Exhibit I to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE UNDER SEAL/ CASE NO. C 02-4483 SI   2   17667\810417.1

1  is a true and correct copy of Deposition Exhibit No. 211.  **(FILED UNDER SEAL).**

2        7.     Exhibit J to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's

3  Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which

4  is a true and correct copy of Deposition Exhibit No. 291.  **(FILED UNDER SEAL).**

5        8.     Exhibit K to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's

6  Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which

7  is a true and correct copy of an email from Patrick Barry to Michael Seashols, dated

8  November 14, 2001.  **(FILED UNDER SEAL).**

9        9.     Exhibit L to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's

10  Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which

11  is a true and correct copy of Deposition Exhibit No. 872.  **(FILED UNDER SEAL).**

12       10.    Exhibit M to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's

13  Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which

14  is a true and correct copy of Deposition Exhibit No. 218.  **(FILED UNDER SEAL).**

15       11.    Exhibit N to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's

16  Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which

17  is a true and correct copy of an email from Jim Reid to Jett Winter, dated January 24, 2002.

18  **(FILED UNDER SEAL).**

19       12.    Exhibit O to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's

20  Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which

21  is a true and correct copy of a PostX "Cable & Wireless Briefing" Presentation, dated January 24,

22  2002.  **(FILED UNDER SEAL).**

23       13.    Exhibit P to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's

24  Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which

25  is a true and correct copy of Deposition Exhibit No. 324.  **(FILED UNDER SEAL).**

26       14.    Exhibit Q to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's

27  Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which

28  is a true and correct copy of Deposition Exhibit No. 863.  **(FILED UNDER SEAL).**

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE UNDER SEAL/ CASE NO. C 02-4483 SI

3

17667\810417.1

1    15.    Exhibit R to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's
2    Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which
3    is a true and correct copy of an email from Scott Olechowski to Steve Saucy, dated April 19,
4    2002.  **(FILED UNDER SEAL).**

5    16.    Exhibit S to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's
6    Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which
7    is a true and correct copy of Deposition Exhibit No. 186.  **(FILED UNDER SEAL).**

8    17.    Exhibit T to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's
9    Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which
10   is a true and correct copy of excerpts from the deposition transcript of Michael Weir.  **(FILED
11   UNDER SEAL).**

12   18.    Exhibit U to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's
13   Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which
14   is a true and correct copy of excerpts from the deposition transcripts of Cayce Ullman.  **(FILED
15   UNDER SEAL).**

16   19.    Exhibit V to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's
17   Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which
18   is a true and correct copy of excerpts from the deposition transcript of Michael Seashols.
19   **(FILED UNDER SEAL).**

20   20.    Exhibit W to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's
21   Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which
22   is a true and correct copy of excerpts from the deposition transcript of Billy Parra.  **(FILED
23   UNDER SEAL).**

24   21.    Exhibit X to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's
25   Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which
26   is a true and correct copy of excerpts from the deposition transcript of Susan Dickerson.  **(FILED
27   UNDER SEAL).**

28   22.    Exhibit Y to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO
FILE UNDER SEAL / CASE No. C 02-4483 SI        4        17667\810417.1

Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which is a true and correct copy of excerpts from the deposition transcript of Stanley Chin. **(FILED UNDER SEAL).**

23. Exhibit Z to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which is a true and correct copy of excerpts from the deposition transcripts of James Reid. **(FILED UNDER SEAL).**

24. Exhibit AA to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which is a true and correct copy of excerpts from the deposition transcripts of John Ferraro. **(FILED UNDER SEAL).**

25. Exhibit BB to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which is a true and correct copy of excerpts of the deposition transcript of Robert Cook. **(FILED UNDER SEAL).**

26. Exhibit CC to the Reply Declaration of Jeffrey M. Fisher In Support of Sigaba's Motion For Summary Adjudication On PostX's Common Law Unfair Competition Claim, which is a true and correct copy of Deposition Exhibit No. 306. **(FILED UNDER SEAL).**

**IT IS SO ORDERED.**

**DATED:** _____    _____

APPROVED
Judge Susan Illston
United States District Court, Northern District of California
Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE UNDER SEAL / CASE NO. C 02-4483 SI

5

17667\810417.1