United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POSTX CORPORATION,

        Plaintiff,

  v.

SECURE DATA IN MOTION, INC., d/b/a SIGABA,

        Defendant.
_____/

AND RELATED COUNTERCLAIMS.
_____/

No. C 02-04483 SI
(Related Case No. C 03-0521)

**ORDER RE: SUMMARY ADJUDICATION MOTIONS**

On April 22 and July 15, 2004, the Court heard oral argument on the parties' various motions for summary adjudication. The Court will address the particulars of its rulings by separate order, but hereby rules as follows:

PostX's motion for summary adjudication of Sigaba's "antitrust conspiracy" counterclaims, Counts I and III, argued on April 22, 2005, is GRANTED.

Sigaba's motion for summary adjudication of PostX's common law unfair competition claim is DENIED.

PostX's motion for summary adjudication based on Noerr-Pennington immunity is GRANTED on the issue of Sigaba's antitrust counterclaims and DENIED as to Count IV, the Lanham Act counterclaim.

PostX's motion for summary adjudication of Sigaba's Sherman Act counterclaims, Counts I, II, and III, argued July 15, 2005, is DENIED as moot.

PostX's motion for summary adjudication of PostX's Fourth and Sixth counterclaims, the Lanham Act and common law unfair competition counterclaims, is DENIED.

**IT IS SO ORDERED.**

Dated: July 15, 2005

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION,<br><br>　　　　Plaintiff,<br>　v.<br><br>SECURE DATA IN MOTION, INC., d/b/a SIGABA,<br><br>　　　　Defendant.<br>_____/<br><br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C 02-04483 SI<br>(Related Case No. C 03-0521)<br><br>**ORDER RE: SUMMARY ADJUDICATION MOTIONS** |

On April 22 and July 15, 2004, the Court heard oral argument on the parties' various motions for summary adjudication. The Court will address the particulars of its rulings by separate order, but hereby rules as follows:

PostX's motion for summary adjudication of Sigaba's "antitrust conspiracy" counterclaims, Counts I and III, argued on April 22, 2005, is GRANTED.

Sigaba's motion for summary adjudication of PostX's common law unfair competition claim is DENIED.

PostX's motion for summary adjudication based on Noerr-Pennington immunity is GRANTED on the issue of Sigaba's antitrust counterclaims and DENIED as to Count IV, the Lanham Act counterclaim.

PostX's motion for summary adjudication of Sigaba's Sherman Act counterclaims, Counts I, II, and III, argued July 15, 2005, is DENIED as moot.

PostX's motion for summary adjudication of PostX's Fourth and Sixth counterclaims, the Lanham Act and common law unfair competition counterclaims, is DENIED.

**IT IS SO ORDERED.**

Dated: July 15, 2005

SUSAN ILLSTON
United States District Judge