IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SECURE DATA MOTION, INC. d/b/a SIGABA, et al.,<br><br>　　　　Defendant.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C 3:02-cv-04483 SI<br><br>**ORDER RE: TRIAL DATE,<br>FURTHER MOTIONS AND RENEWED<br>MEDIATION CONFERENCE** |

　　　　This matter is currently scheduled for jury trial on September 19, 2005, with a final pretrial conference on September 6, 2005.

　　　　Several months ago, plaintiff/counterdefendant PostX informed the Court that the two lead lawyers for PostX on this case had obligations in two capital habeas corpus cases in Alabama which conflicted with the scheduled trial date in this case. For that reason, PostX requested a brief trial continuance. Defendant/counterclaimant Sigaba objected. Since there were then several potentially dispositive motions pending in this case, the Court did not rule on the requested continuance at that time.

　　　　This Court has now ruled on all the pending dispositive motions. Many claims have been resolved, but three have not: PostX's unfair competition claims against Sigaba, and Sigaba's unfair competition and Lanham Act claims against PostX. The Court views the case as having been substantially narrowed by the summary judgment rulings, and contemplates a far shorter trial than originally projected.

　　　　The Court now turns to the requested continuance. PostX has identified a legitimate reason for the continuance, and requests only a short delay. Sigaba has identified no particular prejudice, aside from the

presumed loss of settlement momentum. The Court therefore grants the requested continuance and **sets the trial for Monday, November 7, 2005 at 8:30 a.m. and the pretrial conference for Tuesday, October 18, 2005 at 3:30 p.m.**

No further motions for summary judgment will be entertained. Motion No. 572, PostX's "Motion To Preclude Sigaba From Providing False Information To The Trier Of Fact," is denied as moot in light of the disposition of the motions for summary judgment, without prejudice to raising any remaining issues as motions in limine.

Both parties have indicated a willingness to engage in further mediation at this juncture. **Accordingly, the parties are directed to meet and confer to determine when and with whom the further mediation will be scheduled, and to inform the Court of their decision no later than August 26, 2005.**

**IT IS SO ORDERED.**

Dated: August 17, 2005

SUSAN ILLSTON
United States District Judge