**United States District Court**
For the Northern District of California

1
2
3
4
5                                   IN THE UNITED STATES DISTRICT COURT
6                                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   POSTX CORPORATION,                                No. C 3:02-cv-04483 SI
9                  Plaintiff,                         **ORDER RE: PAYMENT OF POSTX FEES**
10      v.
11  SECURE DATA MOTION, INC. d/b/a
    SIGABA, et al.,
12
                   Defendant.
13  _____/
    AND RELATED COUNTERCLAIMS.
14  _____/
15
16          In its Order re: Documents Produced for In Camera Review, and Plaintiff's Request for Sanctions
17  dated August 16, 2005, the Court ordered Sigaba to pay the costs and fees incurred by PostX in bringing the
18  December 14, 2004 motion to compel regarding the privilege log. PostX has submitted a declaration outlining
19  the fees incurred in this motion, which total $1,882.50.
20          Accordingly, Sigaba is ordered to pay $1,882.50 to PostX no later than September 9, 2005.
21
22          **IT IS SO ORDERED.**
23
24  Dated: August 29, 2005
25                                                                  _____
26                                                                  SUSAN ILLSTON
                                                                    United States District Judge
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION, | No. C 3:02-cv-04483 SI |
| Plaintiff, | **ORDER RE: PAYMENT OF POSTX FEES** |
| v. | |
| SECURE DATA MOTION, INC. d/b/a SIGABA, et al., | |
| Defendant. _____/ | |
| AND RELATED COUNTERCLAIMS. _____/ | |

    In its Order re: Documents Produced for In Camera Review, and Plaintiff's Request for Sanctions dated August 16, 2005, the Court ordered Sigaba to pay the costs and fees incurred by PostX in bringing the December 14, 2004 motion to compel regarding the privilege log. PostX has submitted a declaration outlining the fees incurred in this motion, which total $1,882.50.

    Accordingly, Sigaba is ordered to pay $1,882.50 to PostX no later than September 9, 2005.

**IT IS SO ORDERED.**

Dated: August 29, 2005

SUSAN ILLSTON
United States District Judge