UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>SECURE DATA IN MOTION, INC. d/b/a SIGABA, CLEARSWIFT CORPORATION, and JAMES REID.<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case Nos. C02-04483 SI and C03-0521 SI<br><br>**[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL [Civil L.R. 7-11; Civil L.R. 79-5]** |

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

Having considered the papers submitted on the Application to File Certain Documents Under Seal, and good cause appearing therefor,

IT IS HEREBY ORDERED, that:

Sigaba's Application to File Certain Documents Under Seal is GRANTED, and Sigaba may file the following documents under seal:

1. Exhibit B to the Letter Brief consisting of Deposition Exhibit 306. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

2. Exhibit F to the Letter Brief consisting of Deposition Exhibit 227. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

3. Exhibit G to the Letter Brief consisisting of Olechowski Deposition at 596-600. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

4. Exhibit H to the Letter Brief consisting of PXT0220856-61. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

**IT IS SO ORDERED.**

DATED: _____



GRANTED
Judge Susan Illston

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE UNDER SEAL / CASE NO. C 02-4483 SI

2

17667\825061.1