| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| POSTX CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SECURE DATA IN MOTION, INC. d/b/a SIGABA, CLEARSWIFT CORPORATION, and JAMES REID.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case Nos. C02-04483 SI and C03-0521 SI<br><br>**[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL [Civil L.R. 7-11; Civil L.R. 79-5]** |

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE UNDER SEAL/ CASE NO. C 02-4483 SI

17667\825102.1

Having considered the papers submitted on the Application to File Certain Documents Under Seal, and good cause appearing therefor,

IT IS HEREBY ORDERED, that:

Sigaba's Application to File Certain Documents Under Seal is GRANTED, and Sigaba may file the following documents under seal:

1. The UNREDACTED version of Sigaba's Motion for Leave to Amend.

2. Exhibit E to the Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend, which consists of documents produced by PostX bearing the following bates number: PXT0220884. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

3. Exhibit F to the Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend, consisting of Deposition Exhibit 299. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

4. Exhibit G to the Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend, consisting of Thampy Thomas Deposition at 106-107, 124-127, 458-459, 855. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

5. Exhibit H to the Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend, consisting of Deposition Exhibit 306. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

6. Exhibit I to the Declaration of John L. Cooper in Support of Sigaba's Motion for

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO
FILE UNDER SEAL/ CASE NO. C 02-4483 SI

2

17667\825102.1

Leave to Amend, consisting of Deposition Exhibit 300. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

7. Exhibit J to the Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend, which consists of documents produced by PostX bearing the following bates numbers: PXT0220873 and PXT0220874. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

8. Exhibit K to the Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend, consisting of Deposition Exhibit 232. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

9. Exhibit L to the Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend, consisting of Allen Morgan Deposition at 168-176, 210. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

10. Exhibit M to the Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend, consisting of Deposition Exhibit 399. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

11. Exhibit N to the Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend, consisting of Deposition Exhibit 123. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE UNDER SEAL/ CASE No. C 02-4483 SI

3

17667\825102.1

Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

12. Exhibit O to the Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend, consisting of Deposition Exhibit 224. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

13. Exhibit P to the Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend, consisting of Cayce Ullman Deposition at 523-525. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

14. Exhibit Q to the Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend, consisting of Yogen Dalal Deposition at 258-260, 287-288, 303, 305, 306, 458-459. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

15. Exhibit R to the Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend, consisting of Deposition Exhibit 273. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

16. Exhibit S to the Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend, consisting of Deposition Exhibit 313. Sigaba seeks to file this document under seal because, almost in its entirety, it quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

17. Exhibit T to the Declaration of John L. Cooper in Support of Sigaba's Motion for

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE UNDER SEAL/ CASE NO. C 02-4483 SI

4

17667\825102.1

1 Leave to Amend, consisting of Deposition Exhibit 315. Sigaba seeks to file this document under
2 seal because, almost in its entirety, it quotes and discusses evidence that has been designated as
3 Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective
4 Order, dated December 30, 2003, in this action.

6 **IT IS SO ORDERED.**

8 DATED: _____

Honorable Susan Illston

GRANTED
Judge Susan Illston

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE UNDER SEAL/ CASE NO. C 02-4483 SI   5   17667\825102.1