IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION, | No. C 02-04483 SI |
| Plaintiff, | **ORDER RE: BRIEFING SCHEDULE FOR SIGABA'S MOTION TO AMEND** |
| v. | |
| SECURE DATA IN MOTION, d/b/a SIGABA, | |
| Defendant, | |
| AND RELATED COUNTERCLAIMS. | |

On August 26, 2005, Sigaba filed a motion for leave to amend, to add Mayfield as a counter-defendant on its Lanham Act and unfair competition claims. Because time to trial is limited, the Court orders as follows: PostX shall file its response to Sigaba's motion **no later than September 8, 2005.** Sigaba shall file its reply, if any, **no later than September 12, 2005.** The matter will be submitted without argument at that time.

**IT IS SO ORDERED.**

Dated: August 31, 2005

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POSTX CORPORATION,

    Plaintiff,

v.

SECURE DATA IN MOTION, d/b/a SIGABA,

    Defendant,
_____/

AND RELATED COUNTERCLAIMS.
_____/

No. C 02-04483 SI

**ORDER RE: BRIEFING SCHEDULE FOR SIGABA'S MOTION TO AMEND**

    On August 26, 2005, Sigaba filed a motion for leave to amend, to add Mayfield as a counter-defendant on its Lanham Act and unfair competition claims. Because time to trial is limited, the Court orders as follows: PostX shall file its response to Sigaba's motion **no later than September 8, 2005.** Sigaba shall file its reply, if any, **no later than September 12, 2005.** The matter will be submitted without argument at that time.

    **IT IS SO ORDERED.**

Dated: August 31, 2005

                                                  SUSAN ILLSTON
                                                  United States District Judge