IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION,<br><br>    Plaintiff,<br>  v.<br><br>SECURE DATA IN MOTION, d/b/a SIGABA,<br><br>    Defendant.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C 02-04483 SI<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR LEAVE TO FILE OPPOSITION** |

On September 1, 2005, Sigaba filed a request for leave to file an opposition to PostX's motion for reconsideration, which the Court granted on August 31, 2005. Having reviewed Sigaba's brief and attachments in light of the authorities relied on by PostX in its motion for reconsideration, the Court hereby DENIES Sigaba's request.

**IT IS SO ORDERED.**

Dated: September 2, 2005

                                                        SUSAN ILLSTON
                                                      United States District Judge