1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | POSTX CORPORATION,

12 |              Plaintiff,

13 | vs.

14 | SECURE DATA IN MOTION, INC. d/b/a
   | SIGABA, CLEARSWIFT
15 | CORPORATION, and JAMES REID.

16 |              Defendants.

17
18 | AND RELATED COUNTERCLAIMS.

Case Nos. C02-04483 SI and C03-0521 SI

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL
[Civil L.R. 7-11; Civil L.R. 79-5]

19
20
21
22
23
24
25
26
27
28

Fereitte Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO
FILE UNDER SEAL/ CASE No. C 02-4483 SI

17667\844192.1

Having considered the papers submitted on the Application to File Certain Documents Under Seal, and good cause appearing therefor,

IT IS HEREBY ORDERED, that:

Sigaba's Application to File Certain Documents Under Seal is GRANTED, and Sigaba may file the following documents under seal:

1. Exhibit C is a true and correct copy of the Sigaba White paper, dated October 17, 2001, and Bates numbered as LG00023-28. **(FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER).**

2. Exhibit D is a true and correct copy of a March 12, 2002 e-mail from Michael Hlebasko, and Bates numbered as LG00031. **(FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER).**

3. Exhibit F is a true and correct copy of Deposition Exhibit No. 696. **(FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER).**

IT IS SO ORDERED.

DATED: 11/2/01

_____
**Honorable Susan Illston**

Fenelis Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE UNDER SEAL/ CASE NO. C 02-4483 SI        2        17667\844192.1