# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SECURE DATA IN MOTION, INC. d/b/a SIGABA,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C02-04483 SI<br><br>**[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**<br><br>Date:　　　　TBD<br>Time:　　　　TBD<br>Courtroom:　10, 19th Floor<br>Judge:　　　Honorable Susan Illston |

　　　　Having considered the papers submitted on the Application to File Certain Documents Under Seal, and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED, that:

　　　　Sigaba's Application to File Certain Documents Under Seal is GRANTED, and Sigaba may file the following document under seal:

　　　　1.　Exhibit A to the Declaration of John L. Cooper In Support of Sigaba's Request To Renew Motion For Entry of Partial Judgment, which is a true and correct copy of a letter received by John L. Cooper on the afternoon of Friday, October 28, 2005, from Dr. Wade S. Smith, treating physician for Robert Cook.  **(FILED UNDER SEAL).**

　　　　///

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S
APPLICATION TO FILE UNDER SEAL
Case No. C 02-4483 SI

17667\845469.1

1 **IT IS SO ORDERED.**

2

3

4 **DATED:** _____  _____

 *[Seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" / Judge Susan Illston signature]*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S
APPLICATION TO FILE UNDER SEAL
Case No. C 02-4483 SI

- 2 -

17667\845469.1