ORIGINAL

Honorable David A. Garcia (Ret.)
JAMS
2 Embarcadero Center, Suite 1100
San Francisco, CA 94111

Mediator

RECEIVED
NOV 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

POSTX CORPORATION )
                  )
        Plaintiff, )   No. C 02-04483 SI
                  )
v.                )
                  )
SECURE DATA IN MOTION, dba )   **ADR Report**
SIGABA Sigaba, et al.    )
                  )
        Defendants, )
                  )
                  )

AND RELATED COUNTERCLAIMS.

1. The undersigned Mediator, having been duly retained by the parties, did mediate the instant matter.

2. The instant matter concerns allegations of violations of the Sherman Antitrust Act and the Lanham Act as well as Unfair Business Practices.

3. A hearing was conducted on August 2 and 17, 2004 at the JAMS Offices in San Francisco.

4. The instant matter did not settle, though a related matter did.

5. The Mediator has been in continuous contact with the parties, through their respective counsel and has assisted them in their continuing good faith efforts to resolve their disputes.

6. The Parties have agreed that the Mediator should continue to confer with them telephonically, and the

ADR Report, No. C 02-04483 SI

1 | Mediator is in current contact, and will be prepared to conduct a formal mediation session if the parties believe it will be productive.

So Certified:

Dated: October 3, 2005

_____
Honorable David Garcia (Ret.),
MEDIATOR

ADR Report, No. C 02-04483 SI

## *PROOF OF SERVICE BY FACSIMILE AND MAIL*

I, Vicki L. Satrap, not a party to the within action, hereby declare that on October 11, 2005 I served the attached ADR Report on the parties in the within action by mailing and faxing true copies thereof, at San Francisco, California, addressed as follows:

| | |
|---|---|
| William F. Abrams Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>2475 Hanover St.<br>Palo Alto, CA 94304  USA<br>Tel: (650) 233-4500<br>Fax: (650) 233-4545 | Joseph R. Tiffany Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>2475 Hanover St.<br>Palo Alto, CA 94304  USA<br>Tel: (650) 233-4500<br>Fax: (650) 233-4545 |
| John L. Cooper Esq.<br>Farella, Braun & Martel, LLP<br>235 Montgomery St.<br>30th Fl.<br>San Francisco, CA 94104<br>Tel: (415) 954-4410<br>Fax: 415-954-4480 | Jeffrey M. Fisher Esq.<br>Farella, Braun & Martel, LLP<br>235 Montgomery St.<br>30th Fl.<br>San Francisco, CA 94104<br>Tel: 415-954-4400<br>Fax: 415-954-4480 |

I declare under penalty of perjury the foregoing to be true and correct. Executed at San Francisco, CALIFORNIA on October 11, 2005.

_____
Signature

# CA001 - JAMS, Inc.    Service List

10/11/2005

| | |
|---|---|
| Reference # : | 1100042388 |
| Case Name : | PostX Corporation vs. Secure Data In Motion, Inc. dba Sigaba |
| Case Type: | INTE |
| Referring Judge: | |
| Panelist: | Garcia, David A., |

### 1    Abrams, William F.

William F. Abrams
Pillsbury Winthrop Shaw Pittman LLP
2475 Hanover St.

Palo Alto, CA  94304
william.abrams@pillsburylaw.com
Party Represented :

    PostX Corporation
    Mayfield Associates Fund VI
    Mayfield Associates Fund IV
    Mayfield IX
    Mayfield XI
    Mayfield XI Qualified
    Mayfield Principals Fund II

( Active )
PL    Plaintiff
    Main Phone #  (650) 233-4500
    Direct Phone #
    FAX #  (650) 233-4545

### 2    Tiffany, Joseph R.

Joseph R. Tiffany
Pillsbury Winthrop Shaw Pittman LLP
2475 Hanover St.

Palo Alto, CA  94304
Party Represented :

( Active )
CC    Co-Counsel
    Main Phone #  (650) 233-4500
    Direct Phone #
    FAX #  (650) 233-4545

### 3    Cooper, John L.

John L. Cooper
Farella, Braun & Martel, LLP
235 Montgomery St.
30th Fl.
San Francisco, CA  94104
jcooper@fbm.com
Party Represented :

    Secure Data in Motion dba Sigaba & Clear

( Active )
DEF    Defendant
    Main Phone #  415-954-4400
    Direct Phone #  (415) 954-4410
    FAX #  415-954-4480

### 4    Fisher, Jeffrey M.

Jeffrey M. Fisher
Farella, Braun & Martel, LLP
235 Montgomery St.
30th Fl.
San Francisco, CA  94104
jfisher@fbm.com
Party Represented :

    Secure Data in Motion dba Sigaba & Clear

( Active )
DEF    Defendant
    Main Phone #  415-954-4400
    Direct Phone #
    FAX #  415-954-4480