IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SECURE DATA MOTION, INC., d/b/a SIGABA,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 02-04483 SI<br><br>**ORDER DENYING SIGABA'S MOTION FOR SANCTIONS** |

　　　　The Court has reviewed the parties' papers concerning Sigaba's motion for sanctions.[1]  Having carefully reviewed the parties' papers, the Court hereby DENIES the motion.

　　　　Sigaba contends that sanctions are warranted because PostX has not agreed to produce a witness who will testify at a deposition regarding why PostX's counsel failed to produce certain documents prior to August 2005 even though PostX turned these documents over to their counsel at a significantly earlier date.  PostX has agreed to produce a PostX witness who will testify as to PostX's search for responsive documents, and PostX's counsel has agreed to provide a declaration explaining why counsel failed to produce the documents prior to August 2005.

　　　　The Court concludes that the deposition of a PostX witness and a declaration from counsel will provide Sigaba with sufficient information regarding the late production of documents.  If Sigaba wishes to proceed with the deposition and obtain a declaration from counsel, the deposition shall take place and the declaration shall

---

[1] The parties' letter briefs are found at Docket Nos. 996, 998 and 999.

be produced no later than **January 20, 2006**.

    **IT IS SO ORDERED.**

Dated: January 6, 2006

                                                SUSAN ILLSTON
                                                United States District Judge

**United States District Court**
For the Northern District of California