| | |
|---|---|
| 1 | John L. Cooper, State Bar No. 050324 |
| 2 | James W. Morando, State Bar No. 087896 |
|   | Jeffrey M. Fisher, State Bar No. 155284 |
| 3 | Stephanie Powers Skaff, State Bar #183119 |
|   | Eric W. Bass, State Bar No. 206641 |
| 4 | FARELLA BRAUN & MARTEL LLP |
|   | Russ Building, 30th Floor |
| 5 | 235 Montgomery Street |
|   | San Francisco, CA 94104 |
| 6 | Telephone: (415) 954-4400 |
|   | Facsimile: (415) 954-4480 |
| 7 | Attorneys for Defendant and Counterclaimant |
|   | Secure Data in Motion, Inc. d/b/a Sigaba |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION, | Case Nos. C02-04483 SI and C03-0521 SI |
| Plaintiff, | **[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM FOR MARCH, 2006 TRIAL IN JUDGE ILLSTON'S COURTROOM** |
| vs. | |
| SECURE DATA IN MOTION, INC. d/b/a SIGABA, | Date: March 1, 2006 |
| Defendant. | Time: 9:00 a.m. |
|  | Courtroom: 10 |
|  | Honorable Susan Illston |
| AND RELATED COUNTERCLAIMS. | |

Throughout the upcoming trial, scheduled to begin on March 1, 2006 and proceed through March 14, 2006, Sigaba intends to utilize certain audiovisual equipment to present background information and argument regarding the issues to be decided by the Court and jury.

Accordingly, IT IS HEREBY ORDERED that:

1. Sigaba may bring the following equipment and other items into the courtroom:

   (a) LCD Projector and Screen;

   (b) three LCD monitors and an Elmo Visual presenter;

   (c) control and power devices relating to the above equipment;

   (d) miscellaneous cables, power cords, and peripheral equipment;

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER RE USE OF EQUIPMENT IN COURTROOM; Case Nos. C02-0448SI & C03-0521

1

17667\879971.1

1        (e)    laptop and/or desktop computers, and;

2        (f)    oversized demonstratives and easel to display demonstratives.

3      2.    On February 27, 2006, Sigaba may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed at the scheduled time of 8:30 a.m. on March 1, 2006.

DATED: February 21, 2006

FARELLA BRAUN & MARTEL LLP

By:   /s/
    Jeffrey M. Fisher
    Attorneys for Defendant and Counterclaimant
    Secure Data in Motion, Inc. d/b/a Sigaba

## ORDER

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER RE USE OF EQUIPMENT IN COURTROOM; Case Nos. C02-0448SI & C03-0521

2

17667\879971.1