IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>SECURE DATA MOTION, INC. d/b/a/ SIGABA,<br><br>        Defendant.<br>                                                /<br><br>AND RELATED COUNTER-CLAIMS.<br>                                                / | No. C 02-04483 SI<br><br>**ORDER RE POSTX LETTER REQUEST FOR "CLARIFICATION" OF FINAL PRETRIAL SCHEDULING ORDER** |

In its Final Pretrial Scheduling Order issued February 9, 2006 (docket #240), the Court denied subpart B of PostX's motion in limine No. 8, which sought to exclude all references to "sham litigation" in the trial. By way of clarification: the Court meant to deny that motion. It is true that the Court has ruled in PostX's favor on the question whether the patent litigation was "sham litigation" within the meaning of *Professional Real Estate Investors, Inc. v. Columbia Pictures Ind., Inc.*, 508 U.S. 49 (1993), and that this question will not be presented to the jury for decision. Nevertheless, it is entirely possible that reference to the term or concept during trial may be relevant and appropriate. Therefore, this subpart of PostX's 8th motion in limine was denied.

**IT IS SO ORDERED.**

Dated: February 22, 2006

                                                                                                      *Susan Illston*<br>
                                                                             SUSAN ILLSTON<br>
                                                                             United States District Judge