1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    WILLIAM F. ABRAMS  88805
2     william.abrams@pillsburylaw.com
    JOSEPH R. TIFFANY II  67821
3     joseph.tiffany@pillsburylaw.com
    NICOLE T. BARTOW  189655
4     nicole.bartow@pillsburylaw.com
    DIANNE L. SWEENEY  187198
5     dianne.sweeney@pillsburylaw.com
    2475 Hanover Street
6   Palo Alto, California  94304-1114
    Telephone: (650) 233-4500
7   Facsimile: (650) 233-4545

8   Attorneys for Plaintiff and Counterdefendant
    POSTX CORPORATION

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13   _____
                                          )
14   POSTX CORPORATION,                   )   Case No. C02-04483 SI
                                          )            C03-0521 SI
15                   Plaintiff,           )
                                          )   **[PROPOSED] ORDER ALLOWING**
16           vs.                          )   **POSTX CORPORATION TO USE**
                                          )   **EQUIPMENT IN THE**
17   SECURE DATA IN MOTION, INC., d/b/a   )   **COURTROOM DURING TRIAL**
     SIGABA,                              )
18                   Defendants.          )
                                          )   Trial Date: March 1, 2006
19                                        )   Time:      8:30 a.m.
                                          )   Dept.:     Courtroom 10, 19th Floor
20                                        )   Judge:     Hon. Susan Illston
     _____       )
21                                        )
     AND RELATED COUNTERCLAIMS.           )
22   _____       )

23

24       IT IS HEREBY ORDERED that PostX Corporation be allowed access to

25   Courtroom 10 on the 19th floor of the United States District Court located at 450 Golden

26   Gate Avenue, San Francisco, California, before the scheduled trial on the morning of

27   Wednesday, March 1, 2006, to set up equipment for a presentation being held in that

28

1    courtroom.  PostX Corporation may bring the following equipment and things into

2    Courtroom 10:

3         1.  Laptop computers, projector(s), screen(s), monitor(s);

4         2.  Control and power devices relating to the above equipment; and

5         3.  Binders, folders and boxes containing these materials.

6

7    Dated: February _____, 2006.

8    _____

                    Susan Illston
9                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE
EQUIPMENT IN THE COURTROOM
Case No. C02-04483 SI & C03-0521 SI