| | |
|---|---|
| John L. Cooper, SBN 050324 | William F. Abrams, State Bar No. 88805 |
| James W. Morando, SBN 087896 | Joseph R. Tiffany II, State Bar No. 67821 |
| Jeffrey M. Fisher, SBN. 155284 | Nicole T. Bartow, State Bar No. 189655 |
| Stephanie Powers Skaff, SBN 183119 | Dianne L. Sweeney, State Bar No. 187198 |
| Eric W. Bass, State Bar No. 206241 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| Farella Braun & Martel LLP | 2475 Hanover Street |
| Russ Building, 30th Floor | Palo Alto, California 94304-1114 |
| 235 Montgomery Street | Telephone: (650) 233-4500 |
| San Francisco, CA 94104 | Facsimile: (650) 233-4545 |
| Telephone: (415) 954-4400 | |
| Facsimile: (415) 954-4480 | Attorneys for Plaintiff and Counterdefendant PostX Corporation |
| Attorneys for Defendant | |
| Secure Data in Motion, Inc. d/b/a Sigaba | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION,<br><br>        Plaintiff,<br><br>  vs.<br><br>SECURE DATA IN MOTION, INC. d/b/a SIGABA,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case Nos. C02-04483 SI and C03-0521<br><br>STIPULATION RE BRIEFING AND HEARING SCHEDULE RE POST-TRIAL MOTIONS; [PROPOSED] ORDER<br><br>Date:    n/a<br>Time:   n/a<br>Dept:   Courtroom 10, 19th Floor<br>Judge:  Hon. Susan Illston |

      PostX Corporation ("PostX") and Secure Data in Motion, Inc. d/b/a Sigaba ("Sigaba") hereby stipulate as follows:

      WHEREAS, on April 4, 2006, Sigaba filed several post-trial Motions,[1] which it originally noticed for hearing on May 12, 2006;

      WHEREAS, on April 12, 2006, the Court granted the parties' Stipulation to continue the hearing date for these Motions until June 2, 2006 and established a briefing schedule in

---

[1] Sigaba filed the following post-trial Motions: (1) Motion For Award Of Reasonable Attorneys' Fees Re PostX's Patent Claims Pursuant To 35 U.S.C. § 285; (2) Motion And Renewed Motion For Judgment As A Matter Of Law On PostX's Unfair Competition Claim Or Alternatively Motion For New Trial; and (3) Motion To Alter Or Amend Judgment.

STIPULATION RE BRIEFING C02-04483 SI                                     17667\940902.1

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

1  connection with the Motions [Docket No. 1136]; and

2  WHEREAS, further scheduling conflicts have arisen since the Court granted the April 12,

3  2006 Stipulation with respect to the briefing and hearing schedule for the Motions;

4  IT IS HEREBY STIPULATED by and between the parties hereto through their respective

5  attorneys of record that, subject to approval by the Court, the following briefing and hearing

6  schedule shall be adopted on Sigaba's Motions:

7  • May 10, 2006    PostX will file its response to Sigaba's Motions

8  • May 24, 2006    Sigaba will file its Reply Briefs

9  • June 9, 2006 @ 9:00 a.m.    Hearing on Sigaba's Motions

10 DATED: May 1, 2006    FARELLA BRAUN & MARTEL LLP

11

12                  By: /s/ Jeffrey M. Fisher
                        Jeffrey M. Fisher, Esq.
13
                    Attorneys for Defendant
14                  Secure Data in Motion, Inc. d/b/a Sigaba

15 DATED: May 1, 2006    PILLSBURY WINTHROP LLP

16

17                  By: /s/ Nicole Townsend Bartow
                        Nicole Townsend Bartow, Esq.
18
                    Attorneys for Plaintiff
19                  PostX Corporation

20  I hereby attest that I have on file the holograph signature of Nicole Townsend Bartow,

21  indicated above as a conformed signature.

22 DATED: May 2, 2006    FARELLA BRAUN & MARTEL LLP

23

24                  By: /s/ Jeffrey M. Fisher
                        Jeffrey M. Fisher, Esq.
25
                    Attorneys for Defendant
26                  Secure Data in Motion, Inc. d/b/a Sigaba

27

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE BRIEFING C02-04483 SI    - 2 -    17667\940902.1

1  PURSUANT TO STIPULATION IT IS SO ORDERED:

2  Dated: _____

   _____
   THE HONORABLE SUSAN ILLSTON
   Judge of the United States District Court

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE BRIEFING C02-04483 SI    - 3 -    17667\940902.1