IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION,<br><br>  Plaintiff,<br> v.<br><br>SECURE DATA IN MOTION, INC., dba SIGABA,<br><br>  Defendant.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C 02-04483 SI<br>Related Case C 03-521 SI<br><br>**ORDER DENYING RULE 50 MOTIONS BY POSTX AND SIGABA** |

The Rule 50 motion filed on March 15, 2006 by PostX concerning Sigaba's common law unfair competition claims (Docket # 1087) was DENIED. Similarly, the Rule 50 motion filed on March 15, 2006 by Sigaba concerning PostX's unfair competition claims (Docket # 1090) was also DENIED.

**IT IS SO ORDERED.**

Dated: July 24, 2006

SUSAN ILLSTON
United States District Judge