IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>SECURE DATA IN MOTION, INC., d/b/a/ SIGABA,<br><br>        Defendant.<br>_____/ | No. C 02-4483 SI<br>Related Case No. 03-521 SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO RETAX BILL OF COSTS** |

        Plaintiff has filed a motion to retax its bill of costs, which is scheduled for a hearing on September 8, 2006. Pursuant to Civil Local Rule 7-1(b), the Court determines the matter is appropriate for resolution without oral argument, and VACATES the September 8, 2006 hearing. For the reasons set forth below, the Court DENIES plaintiff's motion.

        Plaintiff contends that this Court's July 24, 2006 Order Denying Plaintiff's Bill of Costs was procedurally improper because the Clerk did not first tax the costs. As plaintiff is aware, Sigaba filed extensive objections to plaintiff's bill of costs, and a number of those objections presented legal questions beyond the purview of the Clerk. Although the Civil Local Rules do not specifically address such a situation, it is the Court's experience that when such objections are raised, the bill of costs and objections thereto are ruled on by the Court in the first instance. The Court finds no procedural impropriety here, and indeed, it would be a considerable waste of judicial resources to first require the Clerk to tax PostX's voluminous bill of costs, only to have this Court deny the entire tax bill on purely legal grounds.

        PostX also contends that this Court's July 24, 2006 Order was substantively flawed because the

Court did not consider "PostX's complete success in defeating Sigaba's counterclaims." To the contrary, the Court considered the entire record in this case, including PostX's success on the counterclaims, in reaching the conclusion that each side should bear its own costs. It is true that PostX defeated Sigaba's counterclaims; it is also true that PostX prevailed on one of four of its own claims. As the Court noted in its prior order, "in the event of a mixed judgment . . . it is within the discretion of a district court to require each party to bear its own costs." *Amarel v. Connell*, 102 F.3d 1494, 1523 (9th Cir. 1996). The fact that PostX prevailed on Sigaba's counterclaims does not alter the fact that there was a mixed judgment in this case.

Accordingly, for all of the reasons set forth in the Court's July 24, 2006 Order, the Court exercises its discretion and finds that each side should bear its own costs. Plaintiff's motion to retax the bill of costs is DENIED. (Docket No. 1157).

**IT IS SO ORDERED.**

Dated: August 17, 2006

SUSAN ILLSTON
United States District Judge